IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : :<br>: <br>Plaintiff, :<br>v. : Civil Action No. 04-1309-KAJ<br>:<br>INITIAL SECURITY, :<br>:<br>Defendant. : | |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **February 18, 2005**, Rachel M. Smith, Trial Attorney/EEOC, deposited copies of the following documents:

    **NOTICE OF DEPOSITION**

(of **Gordon Ellis & Art Kitchen**) into the United States Mail, First Class, postage prepaid, causing said documents to be delivered to counsel at the following address:

| | |
|---|---|
| **Frank E. Noyes, III, Esquire**<br>White & Williams, LLP<br>824 N. Market Street, Suite 902<br>P. O. Box 709<br>Wilmington, DE 19899<br>(302) 654-0424 | **Debbie Sandler, Esquire**<br>**Tanya Delgado, Esquire**<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 191-3 |

                      COLM F. CONNOLLY
                      United States Attorney

                BY:    /s/Patricia C. Hannigan
                      Patricia C. Hannigan
                      Assistant United States Attorney
                      Delaware Bar I.D. No. 2145
                      The Nemours Bldg.
                      1007 Orange Street, Suite 700
                      P. O. Box 2046
                      Wilmington, DE 19899-2046
                      (302) 573-6277

**Dated: March 8, 2005**