IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, :<br>:<br>: | |
| Plaintiff, : | |
| v. : | Civil Action No. 04-1309-KAJ |
| : | |
| INITIAL SECURITY, : | |
| : | |
| Defendant. : | |

### NOTICE OF SERVICE

I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **February 25, 2005**, Rachel M. Smith, Trial Attorney/EEOC, deposited copies of the following documents:

**NOTICE OF DEPOSITION**

(of **Gordon Ellis & Art Kitchen**) into the United States Mail, First Class, postage prepaid, causing said documents to be delivered to counsel at the following address:

**Frank E. Noyes, III, Esquire**
White & Williams, LLP
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899
(302) 654-0424

**Debbie Sandler, Esquire**
**Tanya Delgado, Esquire**
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 191-3

COLM F. CONNOLLY
United States Attorney

BY:   /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Bldg.
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

**Dated: March 8, 2005**