IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action No. 04-1309-KAJ |
| INITIAL SECURITY, | : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 28, 2005,** copies of the following document:

**PLAINTIFF EEOC'S ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES**

was served, via Facsimile and First Class U.S. Mail, by Rachael M. Smith, Trial Attorney/EEOC, upon counsel at the following addresses:

**Frank E. Noyes, III, Esquire**
White & Williams, LLP
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899
(302) 654-0424

**Debbie Rodman Sandler, Esquire**
**Tanya A. Salgado, Esquire**
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103

    COLM F. CONNOLLY
    United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: April 1, 2005