IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.  04-1309-KAJ |
| INITIAL SECURITY, | : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 28, 2005,** copies of the following documents:

**PLAINTIFF EEOC'S RESPONSES TO DEFENDANT'S SECOND
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

was served, via Facsimile and First Class U.S. Mail, by Rachael M. Smith, Trial Attorney/EEOC, upon counsel at the following addresses:

| | |
|---|---|
| **Frank E. Noyes, III, Esquire**<br>White & Williams, LLP<br>824 N. Market Street, Suite 902<br>P. O. Box 709<br>Wilmington, DE 19899<br>(302) 654-0424 | **Debbie Rodman Sandler, Esquire**<br>**Tanya A. Salgado, Esquire**<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 |

          COLM F. CONNOLLY
          United States Attorney

         By:  /s/Patricia C. Hannigan
             Patricia C. Hannigan
             Assistant United States Attorney
             Delaware Bar I.D. No. 2145
             The Nemours Building
             1007 Orange Street, Suite 700
             P. O. Box 2046
             Wilmington, DE 19899-2046
             (302) 573-6277
             Patricia.Hannigan@usdoj.gov

Dated:  April 1, 2005