**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action No.  04-1309-KAJ |
| INITIAL SECURITY, | : : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

     I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 29, 2005**, Rachel M. Smith, Trial Attorney/EEOC, caused copies of the following document:

     **NOTICE OF DEPOSITION**

(of **Lola Granberry & Deborah Baul**) to be delivered via Facsimile and United States Mail, to counsel at the following address:

| | |
|---|---|
| **Frank E. Noyes, III, Esquire** | **Debbie Sandler, Esquire** |
| White & Williams, LLP | **Tanya Delgado, Esquire** |
| 824 N. Market Street, Suite 902 | White & Williams, LLP |
| P. O. Box 709 | 1800 One Liberty Place |
| Wilmington, DE 19899 | Philadelphia, PA 191-3 |
| (302) 654-0424 | |

                              COLM F. CONNOLLY
                              United States Attorney

                BY:    /s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney
                              Delaware Bar I.D. No. 2145
                              The Nemours Bldg.
                              1007 Orange Street, Suite 700
                              P. O. Box 2046
                              Wilmington, DE 19899-2046
                              (302) 573-6277

**Dated:  April 14, 2005**