IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | 04-1309-KAJ |
| INITIAL SECURITY, | : | |
| Defendant | : | |

## STIPULATION

It is stipulated and agreed to by the parties, through their undersigned counsel, that the deadline for filing all case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be extended by two (2) weeks, up to and including August 29, 2005.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/ Rachel M. Smith
Rachel M. Smith, Esquire
Trial Attorney
U.S. EEOC
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642

WHITE AND WILLIAMS LLP

By: /s/ Tanya Salgado
Debbie Rodman Sandler *(Pro Hac Vice)*
Tanya A. Salgado *(Pro Hac Vice motion pending)*
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-6368

Frank E. Noyes, II
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424

Attorneys for Defendant, Initial Security

BY THE COURT:

_____
                                                J.