## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 04-1309 (KAJ) |
| v. | ) ) ) | |
| **INITIAL SECURITY** | ) ) | |
| Defendant | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, a copy of the foregoing **Stipulation** was mailed, via United States first class mail, postage prepaid to the following counsel of record:

Rachel M. Smith, Esquire
EEOC - Philadelphia Office
21 South 5th Street, Ste 400
Philadelphia, PA  19106

Patricia C. Hannigan, Esq.
Assistant U.S. Attorney
1007 Orange Street - #700
Wilmington, DE  19801

_____
Frank E. Noyes, II (#3988)