## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : |
| Plaintiff, | : : : |
| v. | : : Civil Action No. 04-1309-KAJ |
| INITIAL SECURITY, | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **16th** day of **August, 2005**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, August 16, 2005 beginning at 10:00 a.m. has been rescheduled to **Thursday, September 8, 2005 beginning at 9:30 a.m.** There shall be no further submissions of the parties. All other provisions of the Court's February 7, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE