IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | 04-1309-KAJ |
| | : | |
| INITIAL SECURITY, | : | |
| | : | |
| Defendant | : | |
| | : | |

**MOTION OF DEFENDANT INITIAL SECURITY
FOR SUMMARY JUDGMENT**

Defendant, Initial Security, by its undersigned counsel, moves this Court pursuant to FRCP 56 for an Order granting summary judgment in its favor on all counts of Plaintiff's Complaint. Support for this motion is set forth in the accompanying Memorandum of Law and the exhibits attached thereto.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

By: _____
Frank E. Noyes, II (Id. No. 3988)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4511

Debbie Rodman Sandler *(Pro Hac Vice)*
Tanya A. Salgado *(Pro Hac Vice)*
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-6368

Attorneys for Defendant, Initial Security