IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | 04-1309-KAJ |
| | : | |
| INITIAL SECURITY, | : | |
| | : | |
| Defendant | : | |
| | : | |

**O R D E R**

AND NOW, this _____ day of _____, 2005, upon consideration of defendant's motion for summary judgment, and plaintiff's response thereto, it is hereby ORDERED that the motion is granted. The complaint is hereby dismissed with prejudice.

BY THE COURT:

_____
HONORABLE KENT A. JORDAN
United States District Judge