**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | 04-1309-KAJ |
| | : | |
| INITIAL SECURITY, | : | |
| | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

     I, FRANK E. NOYES, ESQUIRE, hereby certify that I caused a true and correct copy of the foregoing Motion of Defendant Initial Security for Summary Judgment, and accompanying Brief and Exhibits, on August 29, 2005, via e-filing, upon the following:

| | |
|---|---|
| Rachel M. Smith, Esq. | Patricia C. Hannigan, Esquire |
| Trial Attorney | Assistant U.S. Attorney |
| U.S. EEOC | 1007 Orange Street – Ste. #700 |
| Philadelphia District Office | Wilmington, DE 19801 |
| 21 S. 5th Street, Suite 400 | |
| Philadelphia, PA 19106 | |

                                                _____
                                                FRANK E. NOYES