**EXHIBIT 7**

**EXHIBIT 7**

The Chase Manhattan Bank (USA)  
1 Chase Manhattan Plaza  
Wilmington, Delaware 19801

Moon Bae Chung  
Vice President

CONFIDENTIAL


CHASE

December 10, 1992

Mr. Sewell Scott  
Service Link  
4 Quigley Boulevard  
New Castle, Delaware 19720

Dear Mr. Scott:

Re: Commendation of Officer Jack Dukes

On Wednesday, November 25, 1992 at approximately 7:36 a.m., all electrical power was lost in the 802 Delaware Avenue building and remained off until 5:30 p.m. During the initial phase of the emergency, numerous calls were placed to the security console.

It was noted that Officer Jack Dukes received more than forty (40) telephone calls in twenty minutes inquiring about the power outage. Officer Dukes handled every call with the utmost courtesy and answered all questions in a calm and professional manner, briefing everyone as to what had taken place. This was accomplished along with the many other duties that had to be carried out in the console control room.

On behalf of myself and the employees of Chase (USA), I commend Officer Dukes for a job well done.

Very truly yours,

cc: D. Hall  
    P. Karl  
    D. Smith

IS0000178

# SERVICELINK INC.

4 QUIGLEY BLVD•NEW CASTLE, DEL. 19720
(302) 328-3137

IS0000174

## MEMORANDUM

TO:       ALL SERVICELINK EMPLOYEES

FROM:     Sewell D. Scott
          General Manager

SUBJECT:  Employee Awards

DATE:     February 24, 1993

---

### SECURITY OFFICER OF THE YEAR - 1992

It is with great pleasure that I announce Servicelink's Security Officer of the Year for 1992. The year's recipient is **SHERELL MORRIS**, who is assigned to Star Enterprise's (Texaco) Delaware City site.

Sherell has been an employee of Servicelink since July 1990. Over the years he has been awarded Employee of the Month in May 1991 and May 1992. He also has received two incentive awards.

Sherell is a fine example of what a security officer should strive to achieve; professionalism and dedication to his job and fellow officers.

I congratulate and thank Sherell for a job well done.

For being selected as Security Officer of the Year Sherell will receive a cash award of $150.00 and a Security Officer of the Year certificate.

### EMPLOYEE OF THE MONTH - DECEMBER

The December Employee of the Month is awarded to two Servicelink security officers:

    JACK DUKES    -  Chase Manhattan Bank
    DAVID YANUSH  -  DuPont Pencader

Congratulations Jack and Dave.

CONFIDENTIAL

In addition, Renee Smedley and Ruth Tinsley, from the Servicelink Accounting Department, have been named Employee of the Month for their diligence in preparing the payroll week after week for hundreds of employees.

### EMPLOYEE OF THE MONTH - JANUARY

The January Employee of the Month is awarded to two Servicelink security officers:

    JOANN TILLINGHAST  - Wilmington Trust Newark
    WILLIAM BUSH       - Wilmington Trust Newport

Congratulations JoAnn and Bill.

These two employees will be eligible for the 1993 Security Officer of the Year Award.

### SITE COMMANDER OF THE QUARTER

The Site Commander of the Quarter award goes to Janet Clark, Hercules Marketing Center. Janet was nominated by Bill Mahon, Account Manager, who stated "that she demonstrates good judgment and maintains a close working relationship with her subordinates". Congratulations Janet.

For those of you who may have been nominated but not selected for an award, I thank you for your dedication and professionalism displayed in conducting your duties. Keep up the excellent work.

CONFIDENTIAL

**CHASE**

# Memorandum

TO: Arthur Kitchen

FROM: David A. Smith

DATE: 12/21/92

RE: Officer of the Month

I am recommending Officer Jack Dukes for consideration for Officer of the Month. Attached is a self explanatory commendation letter that was sent to Sewell Scott by the Vice President of Chase Manhattan Bank, Mr. Moon Bae Chung. In addition to the written commendation Jack has received numerous verbal commendations for his work performance during the 11/25/92, power outage at Chase.

In an effort to make the workings of the Chase Fire Protection System more understandable to his co-workers, Jack took it upon himself to compile and assemble a "Fire Safety Manual". This manual has been sent to Chase's new operation in Tempe, Arizona as a model for their security force. It should be noted that Officer Dukes expended some of his own "free" time to construct the manual. His name was also submitted in April, 1991 for Officer of the Month, he continues to do a good job and is dedicated to his position at the Chase site. His present assignment is in the console room which requires a great deal of responsibility. He excepts and handles the responsibility very well.

DAS:jm

Attachment

CONFIDENTIAL

DGR018/89  PTG. 11/91

IS0000176

The Chase Manhattan Bank (USA)  
1 Chase Manhattan Plaza  
Wilmington, Delaware 19801

Moon Bae Chung  
Vice President



CHASE

December 10, 1992

Mr. Sewell Scott  
Service Link  
4 Quigley Boulevard  
New Castle, Delaware 19720

Dear Mr. Scott:

Re: Commendation of Officer Jack Dukes

On Wednesday, November 25, 1992 at approximately 7:36 a.m., all electrical power was lost in the 802 Delaware Avenue building and remained off until 5:30 p.m. During the initial phase of the emergency, numerous calls were placed to the security console.

It was noted that Officer Jack Dukes received more than forty (40) telephone calls in twenty minutes inquiring about the power outage. Officer Dukes handled every call with the utmost courtesy and answered all questions in a calm and professional manner, briefing everyone as to what had taken place. This was accomplished along with the many other duties that had to be carried out in the console control room.

On behalf of myself and the employees of Chase (USA), I commend Officer Dukes for a job well done.

Very truly yours,

cc: D. Hall  
    P. Karl  
    D. Smith

CONFIDENTIAL

IS0000177



# Servicelink
## awards this
## Certificate of Recognition
## for
## Employee of the Month

to _____ JACK DUKES _____ who has consistently demonstrated the qualities of a security professional during the periods of November 1, 19 94 to November 30 19 94. For superior appearance, performance and attendance this certificate is awarded this date November 30, 19 94.

_____  _____
Sr. Vice President            Vice President

IS0000165

CONFIDENTIAL



**SERVICELINK, INC.**

awards this

# Certificate of Perfect Attendance

to _____JACK DUKES_____ for recognition of perfect attendance for the period from _August 1_, _1994_ to _October 31_, _1994_.

_November 7, 1994_
Date

_John F. [signature]_
Branch Manager

IS0000167

© GOES 440    LITHO. IN U.S.A.

CONFIDENTIAL

IS0000169

Servicelink, Inc.
COMMONWEALTH BUILDING
SUITE 200
UNIVERSITY OFFICE PLAZA
NEWARK, DE  19702

62-9/311

558

| EXPLANATION | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

PAY AMOUNT OF _____ DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 3/12/94 | Jack Dukes | gross 27.45  med. .41  soc sec 1.70  city tax 1.34 | 558 | $25.00 |

*John F. Tharan*
*Bn M Kay*
AUTHORIZED SIGNATURES

WILMINGTON TRUST
Wilmington Trust Company
Wilmington, Delaware

⑈000558⑈ ⑆031100092⑆ 2199 6599⑈

# Certificate of Perfect Attendance

to _____JACK DUKES_____ for recognition of perfect attendance for the period from ___May 1,___, __1994__ to ___July 31,___, __1994__.

___August 12, 1994___     *John F. Tharan*
Date                                                    Branch Manager

© GOES 440                                    LITHO. IN U.S.A.