CONFIDENTIAL



**SERVICELINK, INC.**

awards this

# Certificate of Perfect Attendance

to _____JACK DUKES_____ for recognition of perfect attendance for the period from _____February 1_, _1994_____ to _____April 30_, _1994_____.

MAY 13, 1994
Date

*signature: John F. Tharan*
Branch Manager

IS0000173

CONFIDENTIAL



SERVICELINK, INC.

awards this

# Certificate of Perfect Attendance

to _____JACK DUKES_____ for recognition of perfect attendance for the period from _August 1,_____, _1993_ to _October 31,_____, _1993_.

_11-10-93_
Date

_John F. Tharan_
Branch Manager

**CHASE**

# Memorandum

**CONFIDENTIAL**

TO: John Tharan                                cc: Dale Hall

FROM: Thomas W. Howard, Jr.

DATE: November 2, 1994

RE: **90 Day Perfect Attendance**

The following full time personnel have qualified for the $25.00 perfect attendance awarded at the Chase Site for the quarter from 8/1/94 through 10/31/94:

- Bennett, Leroy
- Dukes, Jack
- Evans, Donald
- McTaggart, Edward
- Shavack, Neal

The following personnel <u>have</u> <u>not</u> qualified for the award this quarter:

- Hopkins, Aleshia - Off 10/25/94 - (Sick)
- McIntyre-Lomax, Sharon - Off 9/19 - 9/20 (Death in family)
- Queen, Leonard - (Probationary)
- Ryan, Bruce - off 9/16/94 (Sick)

DG201 8/89 PTG.7/93

NOV-02-1994  14:35              302 573 4920              97%

IS0000168

**EXHIBIT 8**

**EXHIBIT 8**

CONFIDENTIAL

TO: Art Kitchen

FROM: Thomas W. Howard, Jr. /TWH Jr./

DATE: November 14, 1994

RE: Officer of the Month

I am recommending Officer Jack Dukes for Officer of the Month. In an effort to make the security work force more professional and consistent in their training upon my request, Jack Dukes took the lead in compiling and assembling a top notch training manual for Console Operators. However, with its broad base of information contained in the manual it is a training guide for Rover's as well who I now have cross-training with Console Operations.

This comprehensive Console Operator Training Manual is a model guide for the security professional complete within a hard-bound booklet with training material accompanied by drawings of actual equipment and its usage. An introduction about the contents of the training manual along with sign-off sheets of the trainer; trainee; and site commander ensuring the completion and accuracy of the training from the trainee.

It should be noted that Officer Dukes expended some of his own "FREE" time to construct the manual. It is because of Jack's consistent "EXCELLENT" performance that he has already been awarded in December, 1992 and April, 1991 Officer of the Month honors. Jack continues to do an excellent job and is dedicated to his position at the Chase Site. His present assignment is in the Console room which requires a great deal of responsibility. Jack excepts and handles the responsibility extremely well. He is and has often been called upon for his expertise by his co-workers and I. He is an excellent and trusted employee.



**EXHIBIT 9**

**EXHIBIT 9**

CONFIDENTIAL

TO: Art Kitchen

FROM: Thomas W. Howard Jr. *TWH sr.*

DATE: September 21, 1995

RE: Officer of the Month

I am recommending Jack Dukes for Officer of the Month. Once again, as he did with authoring the Console Operator Training Manual Jack has assumed voluntarily the lead role in compiling and assembling a top notch Rover Training Manual this time with the assistance of several co-workers.

This comprehensive Rover Training Manual like the Console Operator's is a model guide for the security professional complete within a hardbound booklet with training material accompanied by drawings of actual equipment and its usage. The Rover Training Manual like the Console Operator's manual has in the introductory section of the manual sign-off sheets for the trainer, trainee and site commander ensuring the completion and accuracy of the training from the trainee.

Again, it should be noted that Officer Dukes expended some of his own "free" time to construct this second manual. Jack's present assignment is as a Console Operator of which he is the best currently in this position, however he is considered very knowledgeable about the Rover's position as well and therefore was sought to lend his expertise in preparing their manual.

He continues to do an excellent job in any position he is assigned to perform and his dedication to the Chase site is exemplary. Jack, also worked the second and most severe power outage and received for his efforts a letter of appreciation from Chase CEO, Joseph Scharfenberger.
(re: See accompanying letter of appreciation).

It is because of Jack's consistent "Excellent" performance that he has already been awarded by both past and present site commanders the Officer of the Month honors.

Those dates of honors included April 1991; December 1992 and November 1994 inwhich Jack was awarded Officer of the Month, and therefore it gives me a great honor once again to proudly recommend Jack A. Dukes for Officer of the Month. Also, I would like to officially go on record with this letter to put Officer Jack A. Dukes in for ServiceLink Security Officer of the year for 1995.

***END***

IS0000163