**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1309-KAJ |
| | : | |
| INITIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff, the Equal Employment Opportunity Commission, by and through local counsel, respectfully moves this Court for a 10 day extension beyond the current deadline of September 13, 2005, to file its Opposition in Response to Defendant's Motion for Summary Judgment on September 23, 2005 for good cause as follows:

1.  On Monday, August 29, 2005, defense counsel filed a Motion for Summary Judgement in the above Civil Action, No. 04-cv-1309.

2.  As Plaintiff's local counsel has been out of the office since Monday, August 29, 2005, Plaintiff EEOC did not receive notice of the Motion until today, Wednesday, August 31, 2005. This is contrary the Certificate of Service from Local Defense Counsel, Frank Noyes, indicating that EEOC Trial Attorney received electronic notification on August 29, 2005.

3.  The deadline for the Commission to respond is currently September 13, 2005. Although defense counsel has agreed to a 3 day extension to respond to the motion, this time frame is inadequate for the Commission for the following reasons:

(a) The undersigned EEOC trial attorney will be out of the office from September 1 through September 6, 2005 due to an out of town prescheduled vacation. In addition, the attorney received notification today of a death in her family that will cause her to be out of the office at least one day during the short work week of September 6 through 9, 2005.

(b) In addition, the Commission's Philadelphia District Office is undergoing mandatory case audits required by its Headquarters in Washington, DC, during the week of September 6, 2005, requiring the undersigned and supervisory attorneys to be unavailable during that week.

(c) Plaintiff's counsel is also required to attend Court ordered depositions the beginning of the week of September 12, 2005 in Civil Action No. 04-cv-4828 in the District Court of the District of New Jersey which will add further to her unavailability.

(d) Further, a Mediation Conference has been re-scheduled (at the request of defense counsel) beyond the original date of August 16, 2005, to September 8, 2005 with Judge Mary Pat Thynge. The parties are preparing for the Mediation Conference presently, and negotiations may result in a resolution of this matter prior to the original response date of September 13, 2005, before this motion is decided.

4. Therefore, Plaintiff EEOC respectfully requests that the Court grant its request for a ten (10) day extension of the deadline to respond to Defendant's Motion for Summary Judgment, to September 23, 2005. Defendant's counsel has expressed objection to this request for an extension to the extent that it goes beyond September 16, 2005.

**WHEREFORE**, Plaintiff EEOC moves this Court for a ten (10) day extension of time to file its Opposition Response to Defendant's Motion for Summary Judgment.  A proposed order is submitted for Your Honor's consideration.

           COLM F. CONNOLLY
           United States Attorney

       By: /s/Patricia C. Hannigan
           Patricia C. Hannigan
           Assistant United States Attorney
           Delaware Bar I.D. No. 2145
           The Nemours Building
           1007 Orange Street, Suite 700
           P. O. Box 2046
           Wilmington, DE 19899-2046
           (302) 573-6277
           Patricia.Hannigan@usdoj.gov

           EQUAL EMPLOYMENT OPPORTUNITY
           COMMISSION

           JACQUELINE H. MCNAIR
           Regional Attorney
           Judith A. O'Boyle
           Supervisory Trial Attorney

       By: /s/  Rachael M. Smith
           Rachel M. Smith
           Trial Attorney
           Equal Employment Opportunity Commission
           The Bourse Building
           21 South Fifth Street, Suite 400
           Philadelphia, PA 19106-2515

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action No.  04-1309-KAJ |
| INITIAL SECURITY, | : : | |
| Defendant. | : | |

### ORDER EXTENDING RESPONSE FILING DEADLINE

**AND NOW**, this _____ day of _____ 2005, after considering Plaintiff EEOC's Motion to Extend Deadline to File Response to Summary Judgment, having noted Defendant's opposition, and based on just cause, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff EEOC shall file the Response to Defendant's Summary Judgment by: September 23, 2005.

BY THE COURT:

_____
HONORABLE KENT A. JORDAN
District Judge
United States District Court

**CERTIFICATE OF SERVICE**

      I hereby certify that on **August 31, 2005**, I electronically filed **PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| **Frank E. Noyes, III, Esquire**<br>White & Williams, LLP<br>824 N. Market Street, Suite 902<br>P. O. Box 709<br>Wilmington, DE 19899<br>(302) 654-0424 | **Tanya A. Salgado, Esquire**<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 |

                                        COLM F. CONNOLLY
                                        United States Attorney

                       By:   /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Bldg.
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov