

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

September 13, 2005

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

Re:   **EEOC v. Initial Security**
      **Civil Action No. 04-1309**

Dear Judge Jordan:

This letter is to inform you that the parties in the above-referenced matter have reached a settlement in principle. The parties participated in a Mediation Conference before Judge Mary Pat Thynge on September 8, 2005 and were able to resolve this case with her assistance.

As a result of the settlement in principle, the Defendant's Motion for Summary Judgment and the EEOC's Motion to Extend Time to File Opposition currently before Your Honor are now moot. The parties expect to file a Consent Decree by September 30, 2005, or soon thereafter, with the Court.

Respectfully submitted,

RACHEL M. SMITH
Trial Attorney

JUDITH A. O'BOYLE
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2642

                                    COLM F. CONNOLLY
                                    United States Attorney

                            By /s/ Patricia C. Hannigan
                                  Patricia C. Hannigan
                                  Assistant United States Attorney
                                  Delaware Bar I.D. No. 2145
                                  The Nemours Building
                                  1007 Orange Street, Suite 700
                                  P. O. Box 2046
                                  Wilmington, DE 19899-2046
                                  (302) 573-6277
                                  Patricia.Hannigan@usdoj.gov

RMS/PCH:md

cc:    Frank E. Noyes, III, Esquire
        Tanya A. Salgado, Esquire